IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION NO. 19 | : : : : | CIVIL ACTION |
| v. | : : | |
| KEATING BUILDING CORPORATION, et al. | : : | NO. 09-316 |

ORDER

AND NOW, this 13th day of May, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)   the motion of defendant the School District of Philadelphia to dismiss the amended complaint under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction (Doc. #28) is DENIED;

(2)   the joint motion of defendants Daniel J. Keating Company and Towne and Country Roofing and Siding, Inc., misidentified in the caption as Town and Country, Inc. (collectively "Keating and Towne & Country") to dismiss the amended complaint under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and under Rule 12(b)(6) for failure to state a claim (Doc. #30) is DENIED;

      (3)   the joint motion of defendants Keating and Towne & Country for a more definite statement of the amended complaint (Doc. #30) is DENIED; and

      (4)   the joint motion of defendants Keating and Towne & Country to dismiss "All Claims Arising From the 'Audenreid School' Project Contract" (Doc. #30) is DENIED.

                                          BY THE COURT:


                                        /s/ Harvey Bartle III
                                                                   C.J.